TILDEN (UNITED STATES v.). See Cases Nos. 16,518–16,523.

TILESTON (SICKELS v.). See Case No. 12,837.

## Case No. 14,038a.

### TILFORD et al. v. OAKLEY.

[Hempst. 197.] [1]

Superior Court, Territory of Arkansas. 1832.

EQUITY — ADEQUATE REMEDY AT LAW — BILL TO ENFORCE MONEY DECREE.

A bill in chancery is not the proper remedy to enforce a decree in chancery for the payment of

---

[1] [Reported by Samuel H. Hempstead, Esq.]

money, the remedy at law being adequate and complete.

Appeal from Hempstead circuit court.

OPINION OF THE COURT. This is an appeal from the decree of the circuit court of Hempstead county, pronounced in a cause wherein John Tilford & Co. were complainants, and Allen M. Oakley, defendant, dismissing the complainants' bill. The complainants filed their bill to enforce a decree of the Bath circuit court of the state of Kentucky, decreeing the defendant Oakley to pay a specific sum of money. The only question for the consideration of this court is, whether a bill in chancery is the appropriate remedy to enforce a decree in chancery for the payment of a specific sum of money. We think it is not the proper remedy. The complaint had a clear and complete remedy at law, by an action of debt founded on the decree. Thompson v. Jameson, 1 Cranch. [5 U. S.] 282; Post v. Neafie, 3 Caines, 22; Sadler v. Robins, 1 Camp. 253. Decree affirmed.